# ELECTRONIC RECORD

COA # 04-13-00663-CR          OFFENSE: Murder

STYLE: Dillan William Stanley v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: Affirmed          TRIAL COURT: 186th District Court

DATE:01/28/2015          Publish: NO  TC CASE #: 2011CR8100B

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: _____

**APPELLANT'S** Petition          CCA Disposition: **266-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

Refused          JUDGE: _____

DATE: 05/13/2015          SIGNED: _____  PC: _____

JUDGE: Per Curiam          PUBLISH: _____  DNP: _____

YEARY NOT PARTICIPATING

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____